IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00953-BNB

IN RE: FREDERICK ERNEST GRAVES,

    Debtor.

FREDERICK ERNEST GRAVES,

    Appellant,

v.

KENNY BERMAN, and
SALLY ZEMAN, Chapter 13 Trustee,

    Appellee.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case is not appropriate for summary dismissal at this time. Therefore, the appeal will be assigned to the AP docket for further review. The Court further notes that Appellant's Motion to Proceed on Appeal *In Forma Pauperis* filed on April 26, 2010, has been denied by the United States Bankruptcy Court for the District of Colorado. Accordingly, it is

ORDERED that this appeal from the United States Bankruptcy Court for the District of Colorado shall be placed on the AP Docket.

DATED May 3, 2010, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge