IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-00953-AP**

**IN RE: FREDERICK ERNEST GRAVES**,
  Debtor.

**FREDERICK ERNEST GRAVES**,

  Appellant,

v.

**KENNY BERMAN, and**
**SALLY ZEMAN, Chapter 13 Trustee,**

  Appellees.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On May 20, 2010, this court issued an Order to Show Cause requiring Appellant to show cause in writing why this action should not be dismissed for failure to cure the deficiency. No such showing has been made. It is, therefore

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED at Denver, Colorado this 4th day of June, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT